UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY W. BETTIS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ENVISION HEALTHCARE CORPORATION f/k/a ENVISION HEALTHCARE HOLDINGS, INC., CHRISTOPHER A. HOLDEN, WILLIAM A. SANGER, CLAIRE M. GULMI, and RANDEL G. OWEN, <br><br> Defendants | Case No. 17-CV-01112 <br><br> **CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for TERRY W. BETTIS hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the State of Illinois. Attached is a Certificate of Good Standing from that Court.

/s/ _____
Patrick Dahlstrom

Patrick V. Dahlstrom
POMERANTZ LLP
10 South LaSalle, Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com