UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| TERRY W. BETTIS, Individually and On Behalf of All Others Similarly Situated, | Case No. 17-CV-01112 |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| ENVISION HEALTHCARE CORPORATION f/k/a ENVISION HEALTHCARE HOLDINGS, INC., CHRISTOPHER A. HOLDEN, WILLIAM A. SANGER, CLAIRE M. GULMI, and RANDEL G. OWEN, |  |
| Defendants |  |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for TERRY W. BETTIS hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the State of New York. Attached is a Certificate of Good Standing from that Court.

/s/ _____
J. Alexander Hood

J. Alexander Hood
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
ahood@pomlaw.com