UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| TERRY W. BETTIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENVISION HEALTHCARE CORPORATION f/k/a ENVISION HEALTHCARE HOLDINGS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:17-cv-01112<br><br>Honorable Waverly D. Crenshaw, Jr.<br><br>CLASS ACTION |
| CARPENTERS PENSION FUND OF ILLINOIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENVISION HEALTHCARE CORPORATION f/k/a ENVISION HEALTHCARE HOLDINGS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:17-cv-01323<br><br>Honorable Aleta A. Trauger<br><br>CLASS ACTION |

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that the Laborers Pension Funds hereby move this Court pursuant to the Private Securities Litigation Reform Act of 1995 for an order consolidating the above-captioned actions, appointing the Laborers Pension Funds as Lead Plaintiff, and approving their selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the class.[1] This Motion is based upon the Memorandum of Law and Declaration of Jerry E. Martin filed concurrently herewith.

DATED: October 3, 2017


BARRETT JOHNSTON MARTIN
& GARRISON, LLC
JERRY E. MARTIN, #20193

s/ Jerry E. Martin

JERRY E. MARTIN

Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff


[1] The Laborers Pension Funds include the Laborers Pension Trust Fund for Northern California and LIUNA National (Industrial) and Staff & Affiliates Pension Funds.

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2017.

s/ JERRY E. MARTIN

JERRY E. MARTIN

BARRETT JOHNSTON MARTIN
& GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

E-mail: jmartin@barrettjohnston.com

# Mailing Information for a Case 3:17-cv-01112 Bettis v. Envision Healthcare Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Paul Kent Bramlett**
  pknashlaw@aol.com
- **Robert P. Bramlett**
  robert@bramlettlawoffices.com
- **Kenneth S. Byrd**
  kbyrd@lchb.com,korsland@lchb.com,msmith@lchb.com,aalmand@lchb.com
- **Mark P. Chalos**
  mchalos@lchb.com,korsland@lchb.com,msmith@lchb.com,aalmand@lchb.com
- **Gregory F. Coleman**
  greg@gregcolemanlaw.com,dawn@gregcolemanlaw.com
- **Joseph B. Crace , Jr**
  jcrace@bassberry.com
- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com
- **Philip N. Elbert**
  pelbert@nealharwell.com,rparrish@nealharwell.com,jbrawner@nealharwell.com,jzager@nealharwell.com,mwilson@nealharwell.com
- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com
- **J. Alexander Hood , II**
  ahood@pomlaw.com
- **Britt K. Latham**
  blatham@bassberry.com,lbilbrey@bassberry.com,bmccaskill@bassberry.com
- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com
- **W. Brantley Phillips , Jr**
  bphillips@bassberry.com,kreecer@bassberry.com,lbilbrey@bassberry.com
- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,amandaw@bsjfirm.com,mariahy@bsjfirm.com,ecf-processor@bsjfirm.com,jims@bsjfirm.com,jennifers@bsjfirm.com,beng@bsjfirm.com
- **Lisa A. White**
  lisa@gregcolemanlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)