UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re ENVISION HEALTHCARE CORP. SECURITIES LITIGATION | Lead Civil Action No. 3:17-cv-01112 (**Consolidated**) |
| | Honorable Waverly D. Crenshaw, Jr. |
| This Document Relates to: | CLASS ACTION |
| CENTRAL LABORERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated, Plaintiff, vs. ENVISION HEALTHCARE CORPORATION f/k/a ENVISION HEALTHCARE HOLDINGS, INC., et al., Defendants. | Case No. 3:17-cv-01397 |

MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Central Laborers' Pension Fund hereby moves for admission of John T. Long of Cavanagh & O'Hara to appear *pro hac vice* in this action. I hereby certify that he is a member in good standing of the Supreme Court for the State of Illinois. Attached is a Certificate of Good Standing from that Court for Mr. Long.

DATED: November 13, 2017

GILBERT McWHERTER SCOTT BOBBITT PLC

s/Jonathan L. Bobbitt
JONATHAN L. BOBBITT #023515
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
(615) 354-1144

CAVANAGH & O'HARA
JOHN T. LONG
2319 West Jefferson Street
Springfield, IL 62702
Telephone: 217/544-1771
217/544-9894 (fax)

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a true and exact copy of this Motion for Admissions Pro Hac Vice has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 14th day of November, 2017.

                                        s/Jonathan L. Bobbitt