UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION ) ) ) | Civil Action No. 3:17-cv-01112 (**Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397**) |
| This Document Relates To: ) ) ALL ACTIONS. ) ) | <u>CLASS ACTION</u> Honorable Aleta A. Trauger |

MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Lead Plaintiffs Laborers Pension Trust Fund for Northern California and LIUNA National (Industrial) and Staff & Affiliates Pension Funds hereby moves for admission of Eric I. Niehaus of Robbins Geller Rudman & Dowd LLP to appear *pro hac vice* in this action. I hereby certify that he is a member in good standing of the United States District Court for the Southern District of California. Attached is a Certificate of Good Standing from that Court.

DATED: January 19, 2018

ROBBINS GELLER RUDMAN
 & DOWD LLP
CHRISTOPHER M. WOOD, #032977

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SPENCER A. BURKHOLZ
ERIC I. NIEHAUS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
 & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900 Nashville,
TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 19, 2018.

    s/ CHRISTOPHER M. WOOD
    CHRISTOPHER M. WOOD

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    CHRISTOPHER M. WOOD, #032977
    414 Union Street, Suite 900
    Nashville, TN 37219
    Telephone: 615/244-2203
    615/252-3798 (fax)

    E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01112 Bettis v. Envision Healthcare Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan L. Bobbitt**
  jbobbitt@gilbertfirm.com,sweaver@gilbertfirm.com,cstegall@gilbertfirm.com,gilbertrussellmcwherterplc@yahoo.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Kenneth S. Byrd**
  kbyrd@lchb.com,korsland@lchb.com,msmith@lchb.com,aalmand@lchb.com

- **Mark P. Chalos**
  mchalos@lchb.com,korsland@lchb.com,msmith@lchb.com,aalmand@lchb.com

- **Gregory F. Coleman**
  greg@gregcolemanlaw.com,GCLPC@ecf.courtdrive.com,dawn@gregcolemanlaw.com

- **Joseph B. Crace , Jr**
  jcrace@bassberry.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Philip N. Elbert**
  pelbert@nealharwell.com,rparrish@nealharwell.com,jbrawner@nealharwell.com,jzager@nealharwell.com,mwilson@nealharwell.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Britt K. Latham**
  blatham@bassberry.com,allison.acker@bassberry.com,nicholas.deuschle@bassberry.com,lbilbrey@bassberry.com,bmccaskill@bassberry.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **John T. Long**
  johnlong@cavanagh-ohara.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,smcclenahan@barrettjohnston.com,tellis@barrettjohnston.com,nchanin@barrettjohnston.com

- **W. Brantley Phillips , Jr**
  bphillips@bassberry.com,kreecer@bassberry.com,lbilbrey@bassberry.com

- **Maya Susan Saxena**
  msaxena@saxenawhite.com

- **Steven B. Singer**
  ssinger@saxenawhite.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

- **Joseph E. White , III**
  jwhite@saxenawhite.com

- **Lisa A. White**
  lisa@gregcolemanlaw.com

Case 3:17-cv-01112   Document 84   Filed 01/19/18   Page 4 of 5 PageID #: 1164

https://ecf.tnmd.uscourts.gov/cgi-bin/MailList.pl?984718610083525-L_1_0-1                                                              1/2

- **Christopher M. Wood**
  cwood@rgrdlaw.com,ptiffith@rgrdlaw.com,hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`