# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION | Civil Action NO. 3:17-cv-01112 **(Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397)** |
| This Document Relates To: | <u>CLASS ACTION</u> |
| ALL ACTIONS. | Honorable William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley |

## <u>MOTION TO APPEAR PRO HAC VICE</u>

Defendants Clayton, Dubilier & Rice, LLC, CD&R Associates VIII Ltd, Clayton, Dubilier & Rice Fund VIII, L.P., CD&R EMS Co-Investor, L.P., CD&R Advisor Fund VIII Co-Investor, L.P., and CD&R Friends and Family Fund VIII, L.P. ("CD&R Defendants"), pursuant to Local Rule 83.01, moves the admission *pro hac vice* of Elliot Greenfield, Shannon Rose Selden, and Rachel A. Shanies of Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, telephone number 212.909.6772, as co-counsel for the CD&R Defendants in this action. Mr. Elliot, Ms. Selden and Ms. Shanies are members in good standing of the bar of the United States District Court for the Southern District of New York, among others, and do not maintain an office in this District for the practice of law. Certificates of good standing for Mr. Greenfield, Ms. Selden, and Ms. Shanies with the United States District Court for the Southern District of New York are filed contemporaneously herewith.

Respectfully submitted,

/s/ John S. Hicks
John S. Hicks (BPR No. 10478)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com
Tel: (615) 726-7337
Facsimile: (615) 744-7337

Elliot Greenfield
Shannon Rose Selden
Rachel A. Shanies
*(pro hac vice admission pending)*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6772
Fax: (212) 521-7972
egreenfield@debevoise.com
srselden@debevoise.com
rashanies@debevoise.com

*Attorneys for Defendants Clayton, Dubilier & Rice, LLC, CD&R Associates VIII Ltd., Clayton, Dubilier & Rice Fund VIII, L.P., CD&R EMS Co-Investor, L.P., CD&R Advisor Fund VIII Co-Investor, L.P. and CD&R Friends and Family Fund VIII, L.P.*

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of March, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

J. Alexander Hood II
Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
ahood@pomlaw.com
jalieberman@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

Kenneth S. Byrd
Mark P. Chalos
Lieff, Cabraser, Heimann & Bernstein, LLP
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
mchalos@lchb.com

John T. Long
Cavanagh & O'Hara
2319 W Jefferson Street
Springfield, IL 62702
(217) 544-1771
johnlong@cavanagh-ohara.com

Philip N. Elbert
Neal & Harwell, PLC
1201 Demonbreun Street

Patrick V. Dahlstrom
Pomerantz LLP
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com

Joseph E. White III
Lester R. Hooker
Maya Susan Saxena
Saxena White P.A.
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
(561) 394-3399
jwhite@saxenawhite.com
lhooker@saxenawhite.com
msaxena@saxenawhite.com

Steven B. Singer
4 West Red Oak Lane
Suite 312
White Plains, NY 10604
(914) 437-8551
ssinger@saxenawhite.com

Jonathan L. Bobbitt
Gilbert McWherter Scott & Bobbitt PLC
341 Cool Springs Boulevard
Suite 230
Franklin, TN 37067
(615) 354-1144
jbobbitt@gilbertfirm.com

James A. Holifield, Jr.
Holifield Janich Rachal & Assoc., PLLC
11907 Kingston Pike
Suite 201

3

Suite 1000
Nashville, TN 37203
(615) 244-1713
pelbert@nealharwell.com

Gregory F. Coleman
Lisa A. White
Greg Coleman Law PC
First Tennessee Plaza
800 S Gay Street
Suite 1100
Knoxville, TN 37929
(865) 247-0080
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Christopher Hamp Lyons
Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com

Knoxville, TN 37934
(865) 566-0115
aholifield@holifieldlaw.com

James Gerard Stranch , IV
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
gerards@bsjfirm.com

Darren J. Robbins
Eric I. Niehaus
Spencer Alan Burkholz
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
darrenr@rgrdlaw.com
ericn@rgrdlaw.com
spenceb@rgrdlaw.com

/s/ *John S. Hicks*