UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

---

TERRY W. BETTIS, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

-against-

ENVISION HEALTHCARE CORPORATION, et al.,

    Defendants.

Civil Action No. 3:17-cv-01112
(Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397)

Honorable William L. Campbell, Jr.
Magistrate Judge Jeffery S. Frensley

---

## MOTION OF THE CD&R DEFENDANTS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

Defendants Clayton, Dubilier & Rice, LLC, CD&R Associates VIII Ltd., Clayton, Dubilier & Rice Fund VIII, L.P., CD&R EMS Co-Investor, L.P., CD&R Advisor Fund VIII Co-Investor, L.P. and CD&R Friends & Family Fund VIII, L.P. (collectively, the "CD&R Defendants") hereby move, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, to dismiss the Consolidated Amended Complaint. In support of their Motion, the CD&R Defendants rely on the accompanying Memorandum of Law, the Declaration of Elliot Greenfield, and the exhibits attached thereto, and the entire record of this action.

Dated: New York, New York
April 3, 2018

DEBEVOISE & PLIMPTON LLP

By: /s/ Shannon Rose Selden

Shannon Rose Selden (*admitted pro hac vice*)
srselden@debevoise.com
Elliot Greenfield (*admitted pro hac vice*)
egreenfield@debevoise.com
Rachel A. Shanies (*admitted pro hac vice*)
rashanies@debevoise.com

919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000


John S. Hicks (TN BPR #10478)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
Baker Donelson Center
Suite 800
211 Commerce Street
Nashville, Tennessee 37201
Tel: (615) 726-5600

*Counsel to Defendants Clayton, Dubilier & Rice, LLC, CD&R Associates VIII Ltd., Clayton, Dubilier & Rice Fund VIII, L.P., CD&R EMS Co-Investor, L.P., CD&R Advisor Fund VIII Co-Investor, L.P. and CD&R Friends & Family Fund VIII, L.P.*

# CERTIFICATE OF SERVICE

I hereby certify that I am counsel for defendants Clayton, Dubilier & Rice, LLC, CD&R Associates VIII Ltd., Clayton, Dubilier & Rice Fund VIII, L.P., CD&R EMS Co-Investor, L.P., CD&R Advisor Fund VIII Co-Investor, L.P. and CD&R Friends & Family Fund VIII, L.P. in this action and that on April 3, 2018, I caused a copy of the foregoing to be filed with the Court's ECF system, which will cause notice of its filing to be served electronically upon all counsel who have appeared in this action.

/s/ Elliot Greenfield
Elliot Greenfield