# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION | ) ) ) | NO. 3:17-cv-01112 |
| | ) ) | (Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397 |
| This Document Relates To: | ) | |
| | ) | JUDGE CAMPBELL |
| ALL ACTIONS | ) ) | MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is Lead Plaintiff's Motion to Ascertain Status of Pending Motions to Dismiss (Doc. No. 150). The Motion is **GRANTED**. The Court is actively reviewing the pending motions (Doc. Nos. 122 and 125) and will rule on them in due time.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE