IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ENVISION HEALTHCARE CORP. SEC. LITIGATION | ) ) ) ) ) CASE NO. 3:17-CV-01112 ) ) Honorable William L. Campbell, Jr. ) ) ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01 the Local Rule of Court for the United States District Court Middle District of Tennessee, Benjamin B. Coulter, hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Non-party Wells Capital Management, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1. I am a member of good standing of the Alabama Bar and the United States District Court for the Northern District of Alabama. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with the Local Rule of Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s Benjamin B. Coulter
Benjamin B. Coulter (ASB-2762-A42C)

Benjamin B. Coulter
Alabama Bar No. (ASB-2762-A42C)
BURR & FORMAN LLP
420 N. 20th Street, Ste. 3400
Birmingham, AL 35203
(205) 251-3000
Email: bcoulter@burr.com

Respectfully submitted,

/s Kathryn Grundy
BURR & FORMAN LLP
222 Second Avenue South
Suite 200
Nashville, TN 37201
kgrundy@burr.com

Attorneys for Non-Party
Wells Capital Management, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that I have, on December 30, 2020, served a copy of the foregoing document on the following via first class U.S. Mail, postage prepaid, and I have also e-mailed a courtesy copy of the foregoing document this same day to the following:

Joseph B. Crace, Jr.
Bass Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-7896
crace@bassberry.com

> */s Benjamin B. Coulter*
> OF COUNSEL

44747016 v1

3

Case 3:17-cv-01112    Document 245    Filed 12/30/20    Page 3 of 3 PageID #: 8655