IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DISTRICT

| | |
|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION | ) ) ) ) Civil Action No. 3:17-cv-01112 |
| This Document Relates To: | ) **(Consolidated with Case Nos.** ) **3:17-cv-01323 and 3:17-cv-01397**) |
| ALL ACTIONS | ) CLASS ACTION ) ) Honorable William L. Campbell, Jr ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Richard A. Bodnar of the law firm Rolnick Kramer Sadighi LLP hereby moves for admission to appear *pro hac vice* in this action on behalf of Corvex Master Fund LP and Cortex Select Equity Master Fund LP. In support of this motion, counsel submits a statement certifying that he is member of the United States District Court for the Western District of Wisconsin in good standing and stating under oath that no disciplinary proceedings or criminal charges have been instituted against him. (Exhibit 1). Counsel also attaches a certificate of good standing from the United States District Court for the Western District of Wisconsin. (Exhibit 2).

Respectfully submitted,

/s/ Seth M. McInteer
Seth M. McInteer (TN BPR #26471)
Howell O'Rear (TN BPR #26509)
McInteer & O'Rear PLC
2801 12th Avenue South
Nashville, TN 37204

1

Ph. 615-724-6207
Fax 615-523-1311
www.mcolawfirm.com
seth@mcolawfirm.com
howell@mcolawfirm.com

Marc B. Kramer (*pro hac vice* forthcoming)
Richard A. Bodnar (*pro hac vice* forthcoming)
Jarett N. Sena (*pro hac vice* forthcoming)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 597-2800

*Attorneys for Proposed-Intervenors Corvex*

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

J. Alexander Hood II
Jeremy A. Lieberman
**Pomerantz LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
ahood@pomlaw.com
jalieberman@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
**Bramlett Law Offices**
40 Burton Hills Blvd., Suite 200
PO Box 150734
Nashville, TN 37215
(615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

John T. Long
**Cavanagh & O'Hara**
2319 West Jefferson Street
Springfield, IL 62702
(217) 544-1771
johnlong@cavanagh-ohara.com

John S. Hicks
**Baker, Donelson, Bearman, Caldwell & Berkowitz**

Patrick V. Dahlstrom
**Pomerantz LLP**
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com

Kenneth S. Byrd
Mark P. Chalos
**Lieff, Cabraser, Heimann & Bernstein, LLP**
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
mchalos@lchb.com

Jonathan L. Bobbitt
**Gilbert McWherter Scott & Bobbitt PLC**
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
(615) 354-1144
jbobbitt@gilbertfirm.com

Elliot Greenfield
Rachel A. Shanies
Shannon Rose Selden
**Debevoise & Plimpton**
919 Third Avenue

PC
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5600
jhicks@bakerdonelson.com

Gregory F. Coleman
Lisa A. White
**Greg Coleman Law PC**
First Tennessee Plaza
800 South Gay Street, Suite 1100
Knoxville, TN 37929
(865) 247-0080
Greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Christopher Hamp Lyons
Christopher M. Wood
**Robbins Geller Rudman & Dowd LLP**
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2203
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jerry E. Martin
**Barrett Johnson Martin & Garrison, LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnson.com

Benjamin B. Coulter
**Burr & Foreman, LLP**
420 N 20th Street
Suite 3400
Birmingham, AL 35203
bcoulter@burr.com
Kathryn E. Grundy
**Burr & Foreman, LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
kgrundy@burr.com

Britt K. Latham
W. Brantley Phillips, Jr.
Kathryn Hannen Walker
Joseph B. Crace, Jr.
**Bass, Berry & Sims PLC**
150 Third Avenue south, Suite 2800
Nashville, TN 37201
(615) 742-6200
blatham@bassberry.com
bphillips@bassberry.com
kwalker@bassberry.com

New York, NY 10022
(212) 909-6772
egreenfield@debevoise.com
rashanies@debevoise.com
srselden@debevoise.com

James A. Holifield, Jr
**Holifield Janich Rachal & Associates PLLC**
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
(865) 566-0115
aholifield@holifieldlaw.com

James Gerard Stranch IV
**Branstetter, Stranch & Jennings PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gerards@bsjfirm.com

Darren J. Robbins
Eric I. Niehaus
Spencer Alan Burkholz
Alexi H. Pfeffer-Gillett
Christopher Stewart
J. Marco Janoski Gray
Jessica Shinnefield
**Robbins Geller Rudman & Dowd LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
darrenr@rgrdlaw.com
ericn@rgrdlaw.com
spencb@rgrdlaw.com
agillett@rgrdlaw.com
cstewart@rgrdlaw.com
mjanoski@rgrdlaw.com
jshinnefield@rgrdlaw.com

Peter E. Kazanoff
Craig S. Waldman
Amy L. Dawson
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-3525
pkazanoff@stblaw.com
cwaldman@stblaw.com
amy.dawson@stblaw.com

3

jcrace@bassberry.com

/s/ Seth McInteer
Seth McInteer

**MCINTEER & O'REAR PLC**
2801 12th Avenue South
Nashville, TN 37204
seth@mcolawfirm.com
615-724-6206

*Local Counsel for Proposed-Intervenors Corvex*