UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:17-cv-01112 (**Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397**) |
| This Document Relates To: | ) ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) ) | Honorable William L. Campbell, Jr. |

MOTION FOR ADMISSION *PRO HAC VICE* FOR DEBRA J. WYMAN

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Debra J. Wyman hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for plaintiffs.

Pursuant to 29 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct:

1.      I am a member in good standing of the United States District Court for the Central District of California.  Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3.      I have not been found in contempt by any court or tribunal.

4.      I have not been sanctioned pursuant to 28 U.S.C. §1927.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses.

- 1 -

7. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

DATED: June 11, 2021

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
SPENCER A. BURKHOLZ
DEBRA J. WYMAN
JESSICA T. SHINNEFIELD
CHRISTOPHER D. STEWART
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
JOHN R. RIGBY

Debra J. Wyman, California Bar #190812

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

Lead Counsel for Plaintiff

- 2 -

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

4826-8237-1566.v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

J. Alexander Hood II
Jeremy A. Lieberman
**Pomerantz LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
ahood@pomlaw.com
jalieberman@pomlaw.com

Patrick V. Dahlstrom
**Pomerantz LLP**
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
**Bramlett Law Offices**
P.O. Box 150734
Nashville, TN 37215
(615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

Kenneth S. Byrd
Mark P. Chalos
**Lieff, Cabraser, Heimann & Bernstein LLP**
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
mchalos@lchb.com

John T. Long
**Cavanagh & O'Hara**
2319 West Jefferson Street
Springfield, IL 62702
(217) 544-1771
johnlong@cavanagh-ohara.com

Jonathan L. Bobbitt
**McWherter Scott Bobbitt**
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
(615) 354-1144
jonathan@msb.law

John S. Hicks
**Baker, Donelson, Bearman, Caldwell
    & Berkowitz PC**
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5600
jhicks@bakerdonelson.com

Elliot Greenfield
Shannon Rose Selden
**Debevoise & Plimpton**
919 Third Avenue
New York, NY 10022
(212) 909-6772
egreenfield@debevoise.com
srselden@debevoise.com

James A. Holifield, Jr.
**Holifield Janich Rachal & Associates PLLC**
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
(865) 566-0115
aholifield@holifieldlaw.com

James Gerard Stranch IV
**Branstetter, Stranch & Jennings PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gerards@bsjfirm.com

Gregory F. Coleman
Lisa A. White
**Greg Coleman Law PC**
First Tennessee Plaza
800 South Gay Street, Suite 1100
Knoxville, TN 37929
(865) 247-0080
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Britt K. Latham
W. Brantley Phillips, Jr.
Joseph B. Crace, Jr.
Kathryn Hannen Walker
**Bass Berry & Sims PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
blatham@bassberry.com
bphillips@bassberry.com
jcrace@bassberry.com
kwalker@bassberry.com

Peter E. Kazanoff
Craig S. Waldman
Amy L. Dawson
William T. Russell, Jr.
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-3525
pkazanoff@stblaw.com
cwaldman@stblaw.com
amy.dawson@stblaw.com
wrussell@stblaw.com

Benjamin B. Coulter
**Burr & Forman LLP**
420 North 20th Street, Suite 3400
Birmingham, AL 35203
(205) 251-3000
bcoulter@burr.com

Kathryn E. Grundy
**Burr & Forman LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
(615) 724-3200
kgrundy@burr.com

Seth McInteer
Howell O'Rear
**McInteer & O'Rear PLC**
2801 12th Avenue South
Nashville, TN 37204
(615) 724-6207
seth@mcolawfirm.com
howell@mcolawfirm.com

Richard A. Bodnar
Jarrett N. Sena
**Rolnick Kramer Sadighi LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 597-2800
rbodnar@rksllp.com
jsena@rksllp.com

Jerry E. Martin
**Barrett Johnston Martin & Garrison LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com

Christopher M. Wood
Christopher H. Lyons
**Robbins Geller Rudman & Dowd LLP**
414 Union Street, Suite 900
Nashville, TN  37219
(615) 244-2203
cwood@rgrdlaw.com
clyons@rgrdlaw.com

Darren J. Robbins
Spencer Alan Burkholz
Debra J. Wyman
Jessica T. Shinnefield
Eric I. Niehaus
Christopher D. Stewart
Hillary B. Stakem
J. Marco Janoski Gray
Alexi H. Pfeffer-Gillett
John R. Rigby
**Robbins Geller Rudman & Dowd LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
(619) 231-1058
darrenr@rgrdlaw.com
spenceb@rgrdlaw.com
debraw@rgrdlaw.com
jshinnefield@rgrdlaw.com
ericn@rgrdlaw.com
cstewart@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
agillett@rgrdlaw.com
jrigby@rgrdlaw.com

s/ Christopher M. Wood

CHRISTOPHER M. WOOD