**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION | ) ) ) | NO. 3:17-cv-01112 |
| | ) ) | (Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397) |
| This Document Relates To: | ) ) | |
| | ) | JUDGE CAMPBELL |
| ALL ACTIONS. | ) | MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is a Motion to Dismiss Newly Added Allegations in the Amended Consolidated Class Action Complaint and Motion to Strike Previously Dismissed Allegations filed by Defendants Envision Healthcare Corporation ("Envision"), William A. Sanger, Randel G. Owen, Craig A. Wilson, Todd G. Zimmerman, Carol J. Burt, Mark V. Mactas, Leonard M. Riggs, Jr., Richard Schnall, James D. Shelton, Michael L. Smith, Ronald A. Williams, Christopher A. Holden, Claire M. Gulmi, Kevin D. Eastridge, Thomas G. Cigarran, James A. Deal, John T. Gawaluk, Steven I. Geringer, Henry D. Herr, Joey A. Jacobs, Kevin P. Lavender, Cynthia S. Miller, and John W. Popp, Jr. (together, the "Individual Defendants") (collectively, with Envision, "Defendants"). (Doc. No. 373 (filed as a single docket entry)). The Motions are fully briefed. (Doc. Nos. 374, 375, 378, 381).

For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss and Motion to Strike (Doc. No. 373), are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE