UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 3:17-cv-01112<br>(**Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397**)<br><br>CLASS ACTION<br><br>Honorable William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

**PLAINTIFFS' UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF SETTLEMENT; (II) CLASS CERTIFICATION FOR SETTLEMENT PURPOSES; AND (III) APPROVAL OF NOTICE TO THE CLASS**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all pleadings and records on file in this case, Lead Plaintiffs Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) Pension Fund, and LIUNA Staff & Affiliates Pension Fund, and plaintiffs Central Laborers' Pension Fund and United Food and Commercial Workers Union Local 655 Food Employers Joint Pension Fund (collectively, "Plaintiffs") hereby move the Court for: (i) preliminary approval of settlement; (ii) class certification for settlement purposes; and (iii) approval of notice to the class.

DATED: September 22, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
HENRY S. BATOR, #040431
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)

DARREN J. ROBBINS
SPENCER A. BURKHOLZ
DEBRA J. WYMAN
LAURIE L. LARGENT
JESSICA T. SHINNEFIELD
CHRISTOPHER D. STEWART
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
SEAN C. McGUIRE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 22, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Christopher M. Wood
    CHRISTOPHER M. WOOD

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    200 31st Avenue North
    Nashville, TN 37203
    Telephone: 615/244-2203
    615/252-3798 (fax)

    Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01112 Bettis v. Envision Healthcare Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Jonathan L. Bobbitt**
  jonathan@msb.law,lori@msb.law,rachael@msb.law,cara@msb.law

- **Richard A. Bodnar**
  rbodnar@rksllp.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com

- **Kenneth S. Byrd**
  kbyrd@lchb.com,korsland@lchb.com,kenneth-byrd-6228@ecf.pacerpro.com,slondon@lchb.com

- **Mark P. Chalos**
  mchalos@lchb.com,mark-chalos-5442@ecf.pacerpro.com

- **Shayne R. Clinton**
  sclinton@bassberry.com,churley@bassberry.com

- **Gregory F. Coleman**
  gcoleman@milberg.com,cbryant@ecf.courtdrive.com,gcoleman@ecf.courtdrive.com,dholt@milberg.com,cbryant@milberg.com

- **Benjamin B. Coulter**
  bcoulter@burr.com,jcwilson@burr.com,edrigger@burr.com

- **Joseph B. Crace , Jr**
  jcrace@bassberry.com,casey.malloy@bassberry.com,llewis@bassberry.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Paul Savage Davidson**
  paul.davidson@hklaw.com,Jeannie.Vanlandingham@hklaw.com

- **Amy L. Dawson**
  amy.dawson@stblaw.com

- **J. Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com

- **Elliot Greenfield**
  egreenfield@debevoise.com,llin@debevoise.com,mao-ecf@debevoise.com

- **Kathryn E. Grundy**
  kgrundy@burr.com,abeasley@burr.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,lkroll@bakerdonelson.com,jcalouette@bakerdonelson.com,mbarrass@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Peter E. Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com,4097583420@filings.docketbird.com

- **Marc B. Kramer**
  mkramer@rksllp.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Britt K. Latham**
  blatham@bassberry.com,sclinton@bassberry.com,margaret.dodson@bassberry.com,eal-nimri@bassberry.com,allison.acker@bassberry.com,llewis@bassberry.com,hneeland@bassberry.com,bilbrey@bassberry.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **John T. Long**
  johnlong@cavanagh-ohara.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,rsarna@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com

- **Sean C. McGuire**
  smcguire@rgrdlaw.com

- **Seth Martin McInteer**
  seth@mcolawfirm.com,howell@mcolawfirm.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Howell G. O'Rear**
  howell@mcolawfirm.com,seth@mcolawfirm.com

- **Karolyn G. Perry**
  karolyn.perry@hklaw.com,pat.grace@hklaw.com,NSHTeam3Support@hklaw.com

- **W. Brantley Phillips , Jr**
  bphillips@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William T. Russell , Jr**
  wrussell@stblaw.com

- **Shannon Rose Selden**
  srselden@debevoise.com,ambartlett@debevoise.com,mao-ecf@debevoise.com

- **Jarett N. Sena**
  jsena@rksllp.com

- **Jessica Shinnefield**
  jshinnefield@rgrdlaw.com,e_file_sd@rgrdlaw.com,JShinnefield@ecf.courtdrive.com

- **Briana T. Sprick Schuster**
  briana.sprick.schuster@bassberry.com,lbilbrey@bassberry.com

- **Hillary B. Stakem**
  hstakem@rgrdlaw.com

- **Christopher Stewart**
  cstewart@rgrdlaw.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,hcorder@stranchlaw.com,jsteele@stranchlaw.com,cnapper@stranchlaw.com

- **Craig S. Waldman**
  cwaldman@stblaw.com,2395227420@filings.docketbird.com,managingclerk@stblaw.com

- **Kathryn Hannen Walker**
  kwalker@bassberry.com,tmcclanahan@bassberry.com,rrobinson@bassberry.com,briana.sprick.schuster@bassberry.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,kmccormack@rgrdlaw.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`