UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:17-cv-01112 (**Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397**) |
| | ) ) | |
| This Document Relates To: | ) ) | <u>CLASS ACTION</u> |
| ALL ACTIONS. | ) ) ) ) | Honorable William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley |

MOTION FOR ADMISSION *PRO HAC VICE* OF ELLEN GUSIKOFF STEWART

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, Ellen Gusikoff Stewart hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for plaintiffs.

Pursuant to 29 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct:

1.      I am a member in good standing of the United States District Court for the Southern District of California. Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3.      I have not been found in contempt by any court or tribunal.

4.      I have not been sanctioned pursuant to 28 U.S.C. §1927.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses.

- 1 -

7.     I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

8.     By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

DATED:  October 20, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
SPENCER A. BURKHOLZ
ELLEN GUSIKOFF STEWART
DEBRA J. WYMAN
LAURIE L. LARGENT
JESSICA T. SHINNEFIELD
CHRISTOPHER D. STEWART
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY

Ellen Gusikoff Stewart, California Bar #144892

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
HENRY S. BATOR, #040431
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/252-3798 (fax)

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2202
615/252-3798 (fax)

Local Counsel

4856-2102-5928.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 20, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01112 Bettis v. Envision Healthcare Corporation et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Jonathan L. Bobbitt**
  jonathan@msb.law,lori@msb.law,rachael@msb.law,cara@msb.law

- **Richard A. Bodnar**
  rbodnar@rksllp.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com

- **Kenneth S. Byrd**
  kbyrd@lchb.com,korsland@lchb.com,kenneth-byrd-6228@ecf.pacerpro.com,slondon@lchb.com

- **Mark P. Chalos**
  mchalos@lchb.com,mark-chalos-5442@ecf.pacerpro.com

- **Shayne R. Clinton**
  sclinton@bassberry.com,churley@bassberry.com

- **Gregory F. Coleman**
  gcoleman@milberg.com,cbryant@ecf.courtdrive.com,gcoleman@ecf.courtdrive.com,dholt@milberg.com,cbryant@milberg.com

- **Benjamin B. Coulter**
  bcoulter@burr.com,jcwilson@burr.com,edrigger@burr.com

- **Joseph B. Crace , Jr**
  jcrace@bassberry.com,casey.malloy@bassberry.com,llewis@bassberry.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Paul Savage Davidson**
  paul.davidson@hklaw.com,Jeannie.Vanlandingham@hklaw.com

- **Amy L. Dawson**
  amy.dawson@stblaw.com

- **J. Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com

- **Elliot Greenfield**
  egreenfield@debevoise.com,llin@debevoise.com,mao-ecf@debevoise.com

- **Kathryn E. Grundy**
  kgrundy@burr.com,abeasley@burr.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,lkroll@bakerdonelson.com,jcalouette@bakerdonelson.com,mbarrass@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Peter E. Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com,4097583420@filings.docketbird.com

- **Marc B. Kramer**
  mkramer@rksllp.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Britt K. Latham**
  blatham@bassberry.com,sclinton@bassberry.com,allison.acker@bassberry.com,margaret.dodson@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com,eal-nimri@bassberry.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **John T. Long**
  johnlong@cavanagh-ohara.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,rsarna@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com

- **Sean C. McGuire**
  smcguire@rgrdlaw.com

- **Seth Martin McInteer**
  seth@mcolawfirm.com,howell@mcolawfirm.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Howell G. O'Rear**
  howell@mcolawfirm.com,seth@mcolawfirm.com

- **Karolyn G. Perry**
  karolyn.perry@hklaw.com,pat.grace@hklaw.com,NSHTeam3Support@hklaw.com

- **W. Brantley Phillips , Jr**
  bphillips@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William T. Russell , Jr**
  wrussell@stblaw.com

- **Shannon Rose Selden**
  srselden@debevoise.com,ambartlett@debevoise.com,mao-ecf@debevoise.com

- **Jarett N. Sena**
  jsena@rksllp.com

- **Jessica Shinnefield**
  jshinnefield@rgrdlaw.com,e_file_sd@rgrdlaw.com,JShinnefield@ecf.courtdrive.com

- **Briana T. Sprick Schuster**
  briana.sprick.schuster@bassberry.com,lbilbrey@bassberry.com

- **Hillary B. Stakem**
  hstakem@rgrdlaw.com

- **Christopher Stewart**
  cstewart@rgrdlaw.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,hcorder@stranchlaw.com,jsteele@stranchlaw.com,cnapper@stranchlaw.com

- **Craig S. Waldman**
  cwaldman@stblaw.com,2395227420@filings.docketbird.com,managingclerk@stblaw.com

- **Kathryn Hannen Walker**
  kwalker@bassberry.com,tmcclanahan@bassberry.com,rrobinson@bassberry.com,briana.sprick.schuster@bassberry.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,kmccormack@rgrdlaw.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)