UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 3:17-cv-01112<br>(**Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397**)<br><br><u>CLASS ACTION</u><br><br>Honorable William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN
OF ALLOCATION; AND (2) AN AWARD OF ATTORNEYS' FEES AND
EXPENSES AND AWARDS TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to an Order of the Court entered November 20, 2023, on March 21, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, at the Fred D. Thompson U.S. Courthouse and Federal Building, Courtroom 6D, 719 Church Street, Nashville, Tennessee, before the Honorable William L. Campbell, Jr., Plaintiffs will and hereby move for: (i) final approval of the proposed settlement of the above-captioned action; and (ii) approval of the Plan of Allocation. In addition, Class Counsel hereby apply for an award of attorneys' fees and expenses and awards to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4).

The foregoing motions are based on the:

- Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation;

- Memorandum of Law in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4);

- 1 -

- Declaration of Christopher M. Wood in Support of: (1) Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4);

- Declaration of Bryan Berthiaume;

- Declaration of Adam Downs;

- Declaration of Kenton Day;

- Declaration of David A. Cook;

- Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date;

- Declaration of Spencer A. Burkholz Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of Jerry Martin Filed on Behalf of Barrett Johnston Martin & Garrison, PLLC in Support of Application for Award of Attorneys' Fees and Expenses; and

- Stipulation of Settlement and all Exhibits thereto, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

DATED: February 15, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
HENRY S. BATOR, #040431

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
SPENCER A. BURKHOLZ
ELLEN GUSIKOFF STEWART
DEBRA J. WYMAN
LAURIE L. LARGENT
JESSICA T. SHINNEFIELD
CHRISTOPHER D. STEWART
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 15, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)

Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01112 Bettis v. Envision Healthcare Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Jonathan L. Bobbitt**
  jonathan@msb.law,lori@msb.law,rachael@msb.law,cara@msb.law

- **Richard A. Bodnar**
  rbodnar@rksllp.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com

- **Kenneth S. Byrd**
  kbyrd@lchb.com,korsland@lchb.com,kenneth-byrd-6228@ecf.pacerpro.com,slondon@lchb.com

- **Mark P. Chalos**
  mchalos@lchb.com,mark-chalos-5442@ecf.pacerpro.com

- **Shayne R. Clinton**
  sclinton@bassberry.com,churley@bassberry.com

- **Gregory F. Coleman**
  gcoleman@milberg.com,cbryant@ecf.courtdrive.com,gcoleman@ecf.courtdrive.com,dholt@milberg.com,cbryant@milberg.com

- **Benjamin B. Coulter**
  bcoulter@burr.com,jcwilson@burr.com,edrigger@burr.com

- **Joseph B. Crace , Jr**
  jcrace@bassberry.com,casey.malloy@bassberry.com,llewis@bassberry.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Paul Savage Davidson**
  paul.davidson@hklaw.com,Jeannie.Vanlandingham@hklaw.com

- **Amy L. Dawson**
  amy.dawson@stblaw.com

- **Margaret V. Dodson**
  margaret.dodson@bassberry.com

- **J. Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com

- **Elliot Greenfield**
  egreenfield@debevoise.com,llin@debevoise.com,mao-ecf@debevoise.com

- **Kathryn E. Grundy**
  kgrundy@burr.com,abeasley@burr.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,trutledge@bakerdonelson.com,lkroll@bakerdonelson.com,jcalouette@bakerdonelson.com,mbarrass@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Peter E. Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com,4097583420@filings.docketbird.com

- **Marc B. Kramer**
  mkramer@rksllp.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Britt K. Latham**
  blatham@bassberry.com,sclinton@bassberry.com,allison.acker@bassberry.com,margaret.dodson@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com,eal-

- nimri@bassberry.com
- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com
- **John T. Long**
  johnlong@cavanagh-ohara.com
- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com
- **Jerry E. Martin**
  jmartin@barrettjohnston.com,rsarna@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com
- **Seth Martin McInteer**
  seth@mcolawfirm.com,howell@mcolawfirm.com
- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Howell G. O'Rear**
  howell@mcolawfirm.com,seth@mcolawfirm.com
- **Karolyn G. Perry**
  karolyn.perry@hklaw.com,pat.grace@hklaw.com,NSHTeam3Support@hklaw.com
- **W. Brantley Phillips , Jr**
  bphillips@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com
- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **William T. Russell , Jr**
  wrussell@stblaw.com
- **Shannon Rose Selden**
  srselden@debevoise.com,ambartlett@debevoise.com,mao-ecf@debevoise.com
- **Jarett N. Sena**
  jsena@rksllp.com
- **Jessica Shinnefield**
  jshinnefield@rgrdlaw.com,e_file_sd@rgrdlaw.com,JShinnefield@ecf.courtdrive.com
- **Briana T. Sprick Schuster**
  briana.sprick.schuster@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com
- **Hillary B. Stakem**
  hstakem@rgrdlaw.com
- **Christopher Stewart**
  cstewart@rgrdlaw.com
- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com
- **Craig S. Waldman**
  cwaldman@stblaw.com,2395227420@filings.docketbird.com,managingclerk@stblaw.com
- **Kathryn Hannen Walker**
  kwalker@bassberry.com,tmcclanahan@bassberry.com,rrobinson@bassberry.com,llewis@bassberry.com,briana.sprick.schuster@bassberry.com
- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,kmccormack@rgrdlaw.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com
- **Debra J. Wyman**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`