UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:17-cv-01112 (**Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397**) |
| This Document Relates To: | ) ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) | Honorable William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

PLAINTIFFS' STATEMENT OF NON-OPPOSITION IN FURTHER SUPPORT OF MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)

Pursuant to the Court's November 20, 2023 Order (ECF 459), and as a supplement to the initial filing made on February 15, 2024 (ECF 463-473), Lead Plaintiffs Laborers Pension Trust Fund for Northern California, LIUNA National (Industrial) Pension Fund and LIUNA Staff & Affiliates Pension Fund ("LIUNA Funds") and named plaintiffs Central Laborers' Pension Fund and United Food and Commercial Workers Union Local 655 Food Employers Joint Pension Fund ("Plaintiffs") respectfully submit this statement of non-opposition in support of their Motion for: (1) Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4).

## I. No Class Member Objected to Any Portion of the Settlement

Here, at the conclusion of an extensive Court-approved notice program, Class Members' response to the Settlement, Plan of Allocation, and counsel's request for an award of attorneys' fees and expenses has been overwhelmingly positive. In accordance with the November 20, 2023 Order, more than 150,600 Postcard Notices were sent to potential Class Members and their nominees.[1] In addition, the Summary Notice was transmitted over *Business Wire* and published in *The Wall Street Journal* on December 18, 2023. Murray Decl., ¶12. Copies of the Notice of Pendency and Proposed Settlement of Class Action, Proof of Claim and Release, Stipulation of Settlement, November 20, 2023 Order, and other documents in support of the Settlement were also posted on a website dedicated to the Litigation. *Id.*, ¶14. The deadline for submitting objections to any aspect of the Settlement, the Plan of Allocation, and/or Class Counsel's request for an award of attorneys' fees and expenses has passed, as has the deadline for a Class Member to request to exclude himself, herself, itself, or themselves from the Class. To counsel's knowledge, as of the date of this filing,

[1] *See* ¶¶4-11 to the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date ("Murray Decl.") (ECF 471), and ¶¶3-4 to the accompanying Supplemental Declaration of Ross D. Murray Regarding Notice Dissemination and Requests for Exclusion Received to Date ("Supp. Murray Decl.").

not a single objection has been received to any aspect of the relief requested; only two requests to be excluded from the Class have been received.[2]

The reaction of the Class – no objections – demonstrates that the Class overwhelmingly supports the Settlement, Plan of Allocation, counsel's attorneys' fee and expense request, and the awards to Plaintiffs, and is the most powerful evidence that the Settlement is fair, reasonable, and adequate and that it should be approved. *See, e.g.*, *Fusion Elite All Stars v. Varsity Brands, LLC*, 2023 WL 6466398, at *5 (W.D. Tenn. Oct. 4, 2023) ("The lack of objections and single opt out also supports approval of the settlement."); *Moore v. Medical Fin. Servs., Inc.*, 2021 WL 6333304, at *4 (W.D. Tenn. Nov. 30, 2021) ("When there are few objections, that fact is indicative of the adequacy of the settlement."); *In re Southeastern Milk Antitrust Litig.*, 2013 WL 2155379, at *6 (E.D. Tenn. May 17, 2013) ("The lack of objections by class members in relation to the size of the class highlights the fairness of the settlements to unnamed class members and supports approval of the settlements."). *See also Andrews v. State Auto Mutual Insurance Co.*, 2023 WL 7018839, at *5 (S.D. Ohio Oct. 25, 2023) ("'[A] relatively small number of class members who object is an indication of a settlement's fairness.'" (citing *Brotherton v. Cleveland*, 141 F. Supp. 2d 894, 906 (S.D. Ohio 2001)).

For the reasons set forth herein and in previously submitted memoranda and declarations, Plaintiffs respectfully submit that the $177.5 million Settlement is a very favorable result for the Class and that the Plan of Allocation is a fair and equitable method to distribute the Net Settlement Fund. Therefore, both should be approved as fair, reasonable, and adequate. Finally, the attorneys'

[2] One of the requests for exclusions is invalid, as it failed to demonstrate membership in the Class.

fees and expenses requested by Class Counsel and the awards to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) are reasonable under the circumstances and should be awarded in the amounts sought.[3]

DATED: March 14, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
HENRY S. BATOR, #040431

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
SPENCER A. BURKHOLZ
ELLEN GUSIKOFF STEWART
DEBRA J. WYMAN
LAURIE L. LARGENT
JESSICA T. SHINNEFIELD
CHRISTOPHER D. STEWART
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

[3] Proposed orders granting the relief sought herein are submitted herewith.

BARRETT JOHNSTON MARTIN
& GARRISON, LLC
JERRY E. MARTIN, #20193
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 14, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
& DOWD LLP
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)

Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01112 Bettis v. Envision Healthcare Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com
- **Jonathan L. Bobbitt**
  jonathan@msb.law,lori@msb.law,rachael@msb.law,cara@msb.law
- **Richard A. Bodnar**
  rbodnar@rksllp.com
- **Paul Kent Bramlett**
  pknashlaw@aol.com
- **Robert P. Bramlett**
  robert@bramlettlawoffices.com
- **Spencer Alan Burkholz**
  spenceb@rgrdlaw.com
- **Kenneth S. Byrd**
  kbyrd@lchb.com,korsland@lchb.com,kenneth-byrd-6228@ecf.pacerpro.com,slondon@lchb.com
- **Mark P. Chalos**
  mchalos@lchb.com,mark-chalos-5442@ecf.pacerpro.com
- **Shayne R. Clinton**
  sclinton@bassberry.com,churley@bassberry.com
- **Gregory F. Coleman**
  gcoleman@milberg.com,cbryant@ecf.courtdrive.com,gcoleman@ecf.courtdrive.com,dholt@milberg.com,cbryant@milberg.com
- **Benjamin B. Coulter**
  bcoulter@burr.com,jcwilson@burr.com,edrigger@burr.com
- **Joseph B. Crace , Jr**
  jcrace@bassberry.com,casey.malloy@bassberry.com,llewis@bassberry.com
- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com
- **Paul Savage Davidson**
  paul.davidson@hklaw.com,Jeannie.Vanlandingham@hklaw.com
- **Amy L. Dawson**
  amy.dawson@stblaw.com
- **Margaret V. Dodson**
  margaret.dodson@bassberry.com
- **J. Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com
- **Elliot Greenfield**
  egreenfield@debevoise.com,llin@debevoise.com,mao-ecf@debevoise.com
- **Kathryn E. Grundy**
  kgrundy@burr.com,abeasley@burr.com
- **John S. Hicks**
  jhicks@bakerdonelson.com,trutledge@bakerdonelson.com,lkroll@bakerdonelson.com,jcalouette@bakerdonelson.com,mbarrass@bakerdonelson.com
- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com
- **J. Alexander Hood , II**
  ahood@pomlaw.com
- **Peter E. Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com,4097583420@filings.docketbird.com
- **Marc B. Kramer**
  mkramer@rksllp.com
- **Laurie L. Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Britt K. Latham**
  blatham@bassberry.com,sclinton@bassberry.com,allison.acker@bassberry.com,margaret.dodson@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com,eal-

nimri@bassberry.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com
- **John T. Long**
  johnlong@cavanagh-ohara.com
- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com
- **Jerry E. Martin**
  jmartin@barrettjohnston.com,rsarna@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com
- **Seth Martin McInteer**
  seth@mcolawfirm.com,howell@mcolawfirm.com
- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Howell G. O'Rear**
  howell@mcolawfirm.com,seth@mcolawfirm.com
- **Karolyn G. Perry**
  karolyn.perry@hklaw.com,pat.grace@hklaw.com,NSHTeam3Support@hklaw.com
- **W. Brantley Phillips , Jr**
  bphillips@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com
- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **William T. Russell , Jr**
  wrussell@stblaw.com
- **Shannon Rose Selden**
  srselden@debevoise.com,ambartlett@debevoise.com,mao-ecf@debevoise.com
- **Jessica Shinnefield**
  jshinnefield@rgrdlaw.com,e_file_sd@rgrdlaw.com,JShinnefield@ecf.courtdrive.com
- **Briana T. Sprick Schuster**
  briana.sprick.schuster@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com
- **Hillary B. Stakem**
  hstakem@rgrdlaw.com
- **Christopher Stewart**
  cstewart@rgrdlaw.com
- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com
- **Craig S. Waldman**
  cwaldman@stblaw.com,2395227420@filings.docketbird.com,managingclerk@stblaw.com
- **Kathryn Hannen Walker**
  kwalker@bassberry.com,tmcclanahan@bassberry.com,rrobinson@bassberry.com,llewis@bassberry.com,briana.sprick.schuster@bassberry.com
- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,kmccormack@rgrdlaw.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com
- **Debra J. Wyman**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`