UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION </br></br>This Document Relates To: </br></br>ALL ACTIONS. | Civil Action No. 3:17-cv-01112 </br>**(Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397)** </br></br>CLASS ACTION </br></br>Honorable William L. Campbell, Jr. </br>Magistrate Judge Jeffery S. Frensley |

## ORDER APPROVING PLAN OF ALLOCATION

This matter having come before the Court on March 21, 2024, on Plaintiffs' motion for approval of the Plan of Allocation of settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, dated September 22, 2023 (the "Stipulation"). ECF 451.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members and who could be identified with reasonable effort, advising them the Plan of Allocation and of their right to object thereto and full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formulas for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed

Settlement of Class Action ("Notice") provided to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

4. This Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair, reasonable and adequate, and the Court hereby approves the Plan of Allocation.

It is so **ORDERED**.

DATED: March 21, 2024

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE