UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re ENVISION HEALTHCARE CORPORATION SECURITIES LITIGATION ) ) ) | Civil Action No. 3:17-cv-01112 **(Consolidated with Case Nos. 3:17-cv-01323 and 3:17-cv-01397)** |
| ) | |
| This Document Relates To: ) | CLASS ACTION |
| ) | |
| ALL ACTIONS. ) ) ) | Honorable William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley |

**ORDER AWARDING ATTORNEYS' FEES AND EXPENSES
AND AWARDS TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

This matter having come before the Court on March 21, 2024, on Class Counsel's motion for an award of attorneys' fees and expenses incurred in this action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, dated September 22, 2023 (the "Stipulation"). ECF 451.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Class Counsel attorneys' fees of 30% of the Settlement Amount, and litigation expenses in the amount of $1,571,265.44, together with the interest earned thereon for the same time period at the same rate as that earned on the Settlement Fund until paid.

Said fees and expenses shall be allocated amongst Plaintiffs' Counsel in a manner which, in Class Counsel's good faith judgment, reflects each such counsel's contribution to the institution, prosecution, and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method considering, among other things, the following: the favorable result achieved for the Class; the contingent nature of Class Counsel's representation; Class Counsel's diligent prosecution of the Litigation; the quality of legal services provided by Class Counsel that produced the Settlement; that the Plaintiffs appointed by the Court to represent the Class support the requested fee; the reaction of the Class to the fee request; and that the awarded fee is in accord with Sixth Circuit precedent.

4. The awarded attorneys' fees and expenses shall be paid to Class Counsel immediately after the Court executes the Judgment and this Order is executed subject to the terms, conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions, and obligations are incorporated herein.

5. Pursuant to 15 U.S.C. §78u-4(a)(4), Plaintiff Laborers Pension Trust Fund for Northern California is awarded $2,100.00, Plaintiff LIUNA National (Industrial) Pension Fund and the LIUNA Staff & Affiliates Pension Fund is awarded $57,501.47, Plaintiff Central Laborers' Pension Fund is awarded $8,399.00, and Plaintiff United Food and Commercial Workers Union Local 655 Food Employers Joint Pension Fund is awarded $5,500.00 as payment for their time and expenses representing the Class.

It is so **ORDERED**.

DATED: March 21, 2024

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE