# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Terry W. Bettis

    Plaintiff,

v.    Case No.: 3:17−cv−01112

Joey A. Jacobs, et al.

    Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/21/2024 re [481].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk